IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WARREN EASLEY,** | ) | |
|     Plaintiff, | ) | **C.A. No. 1:21-CV-251** |
| | ) | |
|     v. | ) | |
| | ) | **RE: ECF No. 23** |
| **JOHN WETZEL, et al,** | ) | |
|     Defendant. | ) | |

**O R D E R
on Plaintiff's Objections**

Plaintiff, a pro se litigant who is currently incarcerated, has been granted in forma pauperis status by Magistrate Judge Richard Lanzillo and the Clerk of Court has filed Plaintiff's forty-one page complaint. ECF No. 9.

The next step in this litigation is to serve this lengthy complaint on the forty-one named Defendants. Plaintiff has requested that the Court make the required copies (over sixteen hundred pages) for service. Plaintiff has made this request twice and twice it has been denied by Judge Lanzillo who has explained that the Local Rules direct a plaintiff, even one who has been granted in forma pauperis status, to provide all copies for service. *See* ECF Nos. 14, 17.

Presently pending before the undersigned is Plaintiff's Objection to Judge Lanzillo's order. ECF No. 23. Plaintiff argues that because he cannot afford to make the copies, he should be excused from the requirement to provide the service copies to this Court.

AND NOW, this 24th day of February 2022;

IT IS HEREBY ORDERED that Plaintiff's Objections [ECF No. 23] are denied as nothing in Magistrate Judge Lanzillo's orders [ECF No. 14; ECF No. 17] is either "clearly

1

erroneous or is contrary to law." *See* Fed.R.Civ.P. 72(a). Plaintiff is required to prosecute his own case and that means he must provide the required copies for service.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge
