### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARNEST SCOTT, JR., } | |
| } | No. 3:22-cv-00052-KAP |
| Plaintiff, } | |
| } | Magistrate Judge Pesto |
| vs. } | |
| } | |
| PENNSYLVANIA DEPARTMENT OF } | |
| CORRECTIONS; ET AL, } | |
| } | *Electronically Filed.* |
| Defendants. } | |

### AMENDED SUGGESTION OF DEATH OF SCOTT GATTO

AND NOW, come the Defendants, by their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 25 (which contemplates the filing of a statement giving notice of death), and this Court's Order of September 23, 2022 [ECF 56], submit the following:

1. Defendant, Scott Gatto, died on or about March 12, 2022.

2. As of the date of this filing, an estate has not been opened for the deceased in Forest County, pursuant to information provided to undersigned counsel by the Forest County Register of Wills.

3. Therefore, there is no executor/executrix for the deceased.

4. Moreover, undersigned counsel is not aware of any representative or attorney for the prospective estate.

5. Upon information and belief, the only individual the undersigned counsel is aware of that is connected with the prospective estate is the deceased's widow.

6. However, undersigned counsel does not believe that putting her contact information on the public docket in this context is appropriate absent further direction and order from the Court. Nevertheless, a copy of this Amended Suggestion of Death of Scott Gatto has been provided to the deceased's widow.

7. Undersigned counsel believes that any further action, if necessary, should be taken by Plaintiff in Forest County Orphan's Court.

WHEREFORE, it is respectfully requested that this Court accept the foregoing Amended Suggestion of Death of Scott Gatto.

        Respectfully submitted,

        JOSH SHAPIRO
        Attorney General

        s/ Scott A. Bradley

Office of Attorney General         Scott A. Bradley
Litigation Section         Senior Deputy Attorney General
1521 Waterfront Place         Attorney I.D. No. 44627
Mezzanine Level
Pittsburgh, PA 15222         Karen M. Romano
        Chief Deputy Attorney General

Phone: (412) 565-3586
Fax:    (412) 565-3019

Date:  October 7, 2022