IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Warren Easley
            Plantiff

            v.

John Wetzel et al
            Defendants

NO 1:21:CV:251

FILED

Honorable Judge Susan Baxter   JUN 21 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Brief in Support of motion to compel discovery and
                Pursue sanctions

This is a §1983 civil action Filed by a pro-se
litigant currently at S.C.I Rockview seeking monetary and
compensation damages also injunctive and declatory relief based on
excessive Force, Failure to protect, retaliation, Failure to train
cruel and unusual punishment, Failure to intervene, deliberate indifference.

                Facts

Plantiff has pursued discovery with defendants for 8+ plus months
and have been unsuccessful. Plantiff have been met with
uncooperation, not provided documents, objections in bad Faith,
provide vague and unresponsive answers Defendants have stated
they sent documents requested in response but plantiff
never recieved. Plantiff knows at this point defendants do
such in bad Faith as the magistrate Judge gave them
a order to provide discovery but did not. Defendants have
sent the same medical progress notes 4 times
totalling to over 2000 pages in bad Faith. same documents
sent 4 times. Clearly in bad Faith. Plantiff has wrote
defendants letters to solve discovery issues to no avail.

# Arguement - Point 1

The discovery requested is very much correlated and relevant towards this civil claim. Defendants have disregarded Plantiffs request for discovery along with judges order granting plantiffs motion to compel. Defendants have not provided discovery that will be presented at trail / Summary Judgement. Such request are relevant towards this civil action but defendants have not provided clear/concise responses to interrogatories, document request nor videos. Plantiff cannot litigate Pro-se or provide a proper defense in this civil claim as the discovery is refused to be provided by the defendants or vague responses are provided which is reiterated below.


Interrogatories (Wright) exhibit #1 First question "How long have you worked for the department of corrections? Please include titles." Which is a standard question. Defendants did not answer such question stating they need more time to get with authorities with such a simple question. Which is in bad faith. Not to mention defendants who given 6½-7 months to get with "the proper Authorities" to answer such a simple question all C.O.S Know or any professional.

question 3 How many cell extractions have you been a part of since you worked for the O.O.C. If you do not know the exact # Please estimate Defendants provide a vague and evasive response stating they dont have ~~anymore~~

2 of 27

question #4 All video Footage, documents, Photographs, incident reports, interviews/investigations on 8-27-19 that is described in complaint or is related to such. (Escort in restraint chair) Defendants State there are no documents for 6-27-19. This response is in bad Faith as plaintff clearly put 8-27-19 as the date plantiff is requesting documents Plantffs response is in bad Faith. Request all documents, photographs incident reports, interviews/investigations on 8-27-19.

question #5 All video Footage, documents, photographs, incident reports, interviews/ investigations on 8-29-19 that is described in complaint or is related to such (escort in restraint chair) Defendants state see restriction Forms below. First no restriction Forms were provided. This response is in bad Faith as plantff requested documents, videos, photographs pertaining to incident in complaint on 8-29-19.

question #6 All video Footage, documents, Photographs, incident reports, interviews/investigations on 10-7-19 that is described in complaint or is related to such. (Escort in restraint chair) Defendants state see restrictions below. This was nothing pertaining to restrictions. Defendants response is in bad Faith. Plantff requested documents, videos, photographs ETC. regarding escort in restraint chair on 10-7-19. Defendants response is unresponsive and clearly in bad Faith. This is after a magistrate judge ordered defendants to provide plantiff with

Discovery after 7 plus months of ignoring plaintiff Defendants disregard judges order and Rules of civil procedure. No documents have been provided regarding 10·7·19 (escort in restraint chair.)

question #7   All video Footage, documents, Photographs, incident reports, interviews/investigations on 10·7·19 thats described in complaint or is related to such (Excessive Force while in cell Defendants state " see restrictions Forms provided below": In bad Faith. This is not regarding no restrictions. Plaintiff request documents, videos, photographs regarding a excessive For claim Defendants provide no documents regarding such although such exist. Please see exhibit #17 which states " you claims were investigated and that investigation was reviewed by the Bureau of investigation and intelligence." But defendants withold such documents and video in bad Faith which supports samehows as Judge Lanzillo gave defendants a order to provide all discovery due to plaintiff being granted a motion to compel. Defendants response is in bad faith.

question #8   All video Footage, documents, photographs, incident reports, interviews /investigations on 12·10·19 that is described in complaint or is related to such (Escort in restraint chair.) Defendants response is "see restriction forms below" such is mind boggling that defendants send such response after having this request for 7 months and ordered by a Judge to provide discovery, this response

4 of 27

is just clearly in bad faith. clear disregard of Judges orders and rules of civil procedure. such response supports sanctions

question #9  All video Footage, documents, photographs, incident reports, interviews / investigations on 10-7-20 that is described in complaint or is related to such. Defendants state "there does not appear to be any documents relating to the 10-7-20 incident identified above" This is False. Please see exhibit #18 "Your allegations were investigated and that investigation was reviewed by the bureau of investigations and intelligence" Defendants did not do due ~~diligence~~ diligence at all. All disregard Honorable Judge Lanzillo orders. After 7 plus months its clear defendant has no intentions of honoring judges orders or rules of civil procedure. Defendants response is bluntly in bad faith as there was a investigation regarding this incident described and nothing provided to plaintiff is in bad faith and support sanctions.

question #10  All video Footage, documents, photographs, incident reports, interviews / investigations on 11-7-20 that is described in complaint or is related to such (Excessive Force / OC spray) Defendants state there are no documents relating to the 11-7-20 incident identified above. False. Any use of force 101, incident reports will be written. Any o/c sprayed

5 of 27

a investigation would be began and investigated.
Defendants are blantly disregarding rules of civil
Procedure and Judges order granting plantiffs motion
to compel. Such response supports sanctions.

question #11 Please Provide all grievance's Plantiff Filed
while at S.C.J. Forest between march 2019 to April 2021.
Defendants do not provide discovery requested. At this
point is no surprise Defendants state they provide
grievances 795379, 795381, 794182, 796397, 796828,
796834, 802863, 803672, and 803676. Note the First
Five plantiff received. But only two pertain to this
instant complaint (795379 and 795381) grievances
794182, 794397 and 796828 do not pertain to this
instant complaint. Plantiff only mentions to show
defendants responded in bad Faith. Plantiff request
all grievances Filed From march 2019 to April 2021
Which is all during times in this instant complaint.

question #14 All 709 (restriction Forms) that was lodged
on plantiff From march 2019 through April 2021.
Defendants respond "See attached documents".
No restriction Forms are attached or sent to
plantiff Such response is in bad Faith. At this
point plantiff is confused and angry that defendants
appear to have some immunity to do as the please
and ignore a Judges orders after 7 plus months of
providing no discovery and disregarding Judges orders.
6 oF 27

question #13 medical records of plantiff From march 2019 through April 2021. Defendants state "see attached medical records From 2019 through 2021." False. defendants provided medical progress notes in allotted time and not plantiffs medical records. Defendant scott bradley is aware what medical records are such response is in bad Faith. Plaintiff request medical records From march 2019 through April 2021 (time at Forest and times named in complaint.

questions #14, #15 #16 #17 #18 #19 Plantiff request certain sections of Policy that are relevant to plantiffs complaint. in all request. Defendant states "this will be made available to you" For all questions (#14,#15 #16 #17 #18 #19) Plantiff has yet to review such. Plantiff was not sent such at all and has not been told such requested documents were sent to anyone For Plantiff to Review.

7 of 27

Exhibit #19 Plaintiffs request for Production of Documents Electronically stored(video, photographs and Audia (Second) question #3 DTX records of plaintiff the whole time plaintiff was housed at S.C.I Forest in 2019 2020 and 2021 of course defendants did not provide the documents and state such will be supplemented to plaintiff Although plaintiff sent this discovery request over 7 months ago defendants disregard the judges order granting plaintiffs motion to compel

question #5 copy of religious accomodation Form that display all Jewish holidays Fast or any observances.
Defendants state "see attached" Nothing was attached no documents pertaining to this interrogatory This response is in bad faith and defendant have shown a pattern of such. Nothing was provided. The Fact the defendants continue to do such supports sanctions.

question #6 copy of Jewish Kosher menu at all time plaintiff was on the Kosher meal diet while housed at S.C.I forest Defendants state "see attached Doc. Kosher sample menu contents and Food handling instructions" Nothing was attached or provided. Defendants not only falsify documents but disregard Judges orders to provide Plaintiff all discovery by granting plaintiffs motion to compel. Its mind boggling that defendants can do such without no referrand. Defendants does such as plaintiff is pro-se.
80f27

question #7 All documents that is required to obtain a Kosher diet and to be taken off a Kosher diet Defendants state "www.cor.gov." has those documents Which defendants is aware plantiff does not have access to such request is the purpose of discovery. of course such response is in bad faith and unresponsive.

question #8 copy of Form that display why plantiff was taken off the Kosher diet and any/all documents that support such decision. Defendants state see "File produced in response to request 5 herein" No File was produced in response 5 such response is in bad Faith, unresponsive and disregard judges order granting plantiffs motion to compel after defendants ignored plantiffs discovery request for 7 plus months.

question #9 All documents in File plantiff File held by Hill, Klemm, or shaffer (Defendants) that is in anyway involved with plantiff on Kosher diet taken off Kosher diet or Jewish Fast Defendants state see "File produced in response to request 5 herein" No File was produced in response 5 such response is in bad Faith, unresponsive and disregard judges order granting plantiffs motion to compel after defendants ignored plantiffs discovery request for 7 plus months.

a record of this information. Furthermore plantiff asked to estimate Just to have a understanding Defendants has done such cell extractions before and the # can determine his Knowledge / experience when is correlates to plantiffs claim.

question #4 Have you ever been accused or investigated for excessive force Defendants provide a vague and automatous ~~question~~ response. These are very simple and standard questions that clearly pertain to plantiffs claim. ~~question~~ response is vague and unresponsive. Defendants do such in bad faith.

question #5 Have you ever been disciplined, demoted, reprimanded, or suspended while working for the D.o.c? Defendants provide a vague response and not concrete in which a Jury may understand if such response is yay or nay regarding evidence in this claim. Such question is relevant to show Defendant is capable of things that may against Job description.

question #7 How much time total have you been working in level 5 housing unit. Defendants appear to make the issue that plantiff did not provide a legible or readable question. Plantiffs question is clear and readable. Defendants refuse to answer question in bad faith. which is a pattern which plantiff will show throughout this Brief / motion

interrogatories (Kathleen Hill) exhibit #7  question #1 Please
State the date you began your employment with the
department of corrections. Defendants state they will provide
this information when "proper authorities" obtain such
information. Defendants had 7 months to get this
information as defendants had this interrogatory request
7 months ago which is mind boggling as violates
many aspects regarding civil procedure and the
Judges orders. Defendants response is in bad faith
as any employee knows when they began their
employment and titles. Defendants is clearly acting
in bad faith.

question #2. Did you miss any time off due to injury
due to incident with plantiff on 4-7-19?
Defendant responds that they dont want to give
this information to a inmate. Plantiff is a
Pro-se litagant. Beyond that such information is
not priviledged and very much correlates
to plantiffs claim. Response is in bad faith.

question #4 Did you go to the hospital due to injury
after incident with plantiff on 4-7-19?
Defendants state "see EOR report previously provided"
No EOR speaks on a hospital trip. Beyond that
response is vague and unresponsive. clearly a standard
simple question that is very much correlated to plantiffs
claim.

Interrogatories LT Deal exhibit #3 question # 5 were you directed to keep plaintiff in restraint chair, iF so who? Defendants state they dont know what date plaintiff is speaking on defendant Deal is on mentioned in one date in complaint as a defendant which is 8·17·19 Plaintiff request defendants answer such interrogatory.

question #6 Have you ever been under investigation For excessive force? Defendants states such is not relevant to case. Which is False plaintiff states in complaint that defendant deal left plaintiff in restraint chair unjustified even when plaintiffs restriction Form stated "escort only" for restraint chair usage. Claim is very much correlated to plaintiffs claim and is relevant. Plaintiff request this interrogatory addressed as it is relevant to claim.

question #7 Have you ever been disciplined, demoted, disciplined or suspended while working For the Department of Corrections. Defendants state such is over broad and exceeds the scope of matters in complaint False such response is correlated to claim as it can Show pattern, state of mind and defendants approach to D.O.C. rules and civil rights Plaintiffs claims is correlated to interrogatory as defendant has a possibility of violating rules iF done beFore

interrogatories (Fajbik) exhibit #4 question #3  iF a inmate states
he cant breathe do you think its appropiate to continue to hold
a  person neck down defendants state - such interrogatory
"assumes Facts not in evidence" Note plantiff stated defendant
Fajbik grab him by the neck and squeezed his neck
and held him down with all his weight. Which is
iterated in complaint. Which is very much relevant to plantiffs
claim. such objection is in bad Faith

question #4   How tall are you and how much do you ~~wigh~~ weigh
Defendants state such exceeds the scope of the
matters complained of in False. Plantiff iterated defendant
Fajbik is well over 300 pounds and at least "6"3
tall which is relevant as plantiff stated in complaint defendant
Fajbik pin plantiff down by his neck and placed
all his weight on plantiffs neck which can/will show
the possibility of a broken neck or death due to
such force and weight. Also supports the Fact that
Plantiff suffered a concussion. This interrogatory is
very much relevant to plantiffs claims.

question #6 How many unplanned/planned use of Force you
have been a part of. C If you dont know please estimate.
Defendants state they cannot estimate. Not only
can they (defendant) estimate this information can
be Found out with ease "business as usual" which
show such unresponsive interrogatory was in bad
Faith.

13 of 27

question #8 Have you ever been demoted, disciplined, reprimanded, suspended or counseled while working for Department of corrections? Defendants state such interrogatory exceeds scope of matters complained of in. False. Defendants couldve very much been disciplined for plantiffs claim. Beyond that such shows defendants state of mind and inclination towards Defendants approach to his duties and if defendants ever acted outside his scope of duties.

question #10 Have you ever been under investigation for excessive Force excluding plantiffs claim. Defendants state plantiffs interrogatory request exceeds the scope of the matters complained of in False. Plantiff stated defendant used excessive force against plantiff. Such response can show state of mind and defendants possibility to commit excessive force.

14 of 27

exhibit #5 interrogatory (Bill Klemm) question #9  Is it normal
to have any bugs in any Kosher vegetables
defendants response is "defendant is not aware of
reports of any bugs in any vegetables"
which is not the interrogatory plaintiff asked.
Defendants response is clearly vague and unresponsive
as another question was responded to instead
of interrogatory.

question #10 Is it normal to have any rotten apples/
oranges in any Kosher Fruits. defendant response
is "defendant is not aware of reports of any
rotten apples or oranges in any Fruits" which is
unresponsive and a vague response and dont approach
the interrogatory at hand.

interrogatory (mcgill) exhibit # 6 question # 7 were you
ever counseled, disciplined, reprimanded or suspended while
working for the department of corrections. Defendants
state even exceeds the scope of matters
complained of in. False. even claim is also iterated
in plaintiff claim  stating defendant mcgill consistently
antagonize plaintiff such response can show defendants
state of mind and how how defendants perform
his scope of duties or inclination towards D.O.C.
code of ethics/policy.

Question #10 How long have you been a registered nurse? Defendant states such interrogatory is not relevant to Plantffs claims. False Plantff states defendant mcgill did something out his scope of duties as a nurse and improperly tube-Fed plantiff the time defendant mcgill has been a nurse may dictate his knowledge and expertise in medical procedures which can show defendant had proper knowledge of tube feedings and the proper way to do such.

Exhibit #7 interrogatory (Bonnie Bell) question #1 Please state the date you began your employment with the department of corrections Defendants state such interrogatory will be supplemented although defendants recieved this interrogatory request over 7 months ago such is done in bad faith as such request is simple and Automatous

Question #7 Before feeding a person is it required to lube or wet the tip that is being inserted or is it best to use it dry with no lube or ointment/water. Defendant provides a vaugue and unresponsive response in bad faith. Defendant know "Force Feeding" is iterated through complaint and is very much "tube feeding" Defendant adamant on refusing to respond to Force Feeding when all other defendants responded to such is in bad Faith

question #3 Do you think any pain should be felt during a Force Feeding. Defendants provide a vague and unresponsive response in bad faith. Force Feeding is littered on initial complaint and rest of defendants responded to "Force Feeding". Beyond that defendant Knows what Force Feeding is. Such response in in bad Faith

question #4 In your medical opinion as a nurse do you think it is accurate to Jam the Force Feeding tube into a person nose or gradually insert in a person nose Defendants provide a Vague unresponse response stuck on the word "Force Feeding" and provide a Robotic response that dont respond to interrogatory in bad Faith

question #5 Have you ever worked at a hospital? Defendants state such response will be supplemented to Plantiff. Plantiff sent this interrogatory request over 7 months ago. After numerous of motion to compel and the granted motion of compel defendants response is clearly in bad faith as defendants was given a order to respond but still dont.

question # 6 Have you ever been in any branch of the military? If so when one and was you Honorably discharged. Defendants state such request will be supplemented although such was requested over 7 months ago such response in in bad Faith.

question # 7 Have you ever performed a Force Feeding before plaintiff? If so please provide a estimate on how many Defendants response are vague and unresponsive making it appear that Force Feeding is a foreign word. Although medical term is "tube Feeding" Defendants knows what Force Feeding is as such is a D.O.C term and also littered in complaint. Such response is in bad Faith.

question # 8 Is it possible to resist a Force Feeding if a person is not moving his body, neck or head. Defendants response is I do not Force feed any inmate. Such response is in bad Faith as Force Feeding is very much correlated to tube Feeding and such is stated throughout plaintiffs complaints Defendants response is in bad Faith.

Question # 10 Please identify, name, describe what Policy, Procedure or memoranda you used to reference while Force Feeding plaintiff

Defendants response is in bad Faith as Defendants Just State "I do not Force Feed any inmate." Defendant is well aware of Force Feeding when is a D.O.C term. And such is in plaintiffs complaint and only claims plaintiff brings against defendant. such response is in bad Faith.

Exhibit #8 interrogatory (Caltagarone) question #1. Please state the date you started your employment for the Department of corrections. Defendants state such response will be supplemented to plantiff. Note Defendants was given a order to compel discovery over 30 days after plantiff sent this interrogatory request over 7 months ago. This is clearly in bad Faith as defendants had 7 months to respond to this interrogatory.

question #6 Have you ever been disciplined, demoted, counseled or reprimanded. Defendants state "Not to the best of Defendant recollection" which is vague and unresponsive as such could've taken place and is documented but it appears defendants aim to avoid question and not provided a blunt responsive interrogatory. Which is done in bad Faith This information is something that can be proven or False This response appears to be on the fence. Which is not accepted as this is civil litigation. Such response is in bad Faith.

question #7 Have you ever been accused of excessive force excluding plantiffs claims. Defendants response state "Not to the best of answering defendants recollection" such response is vague and unresponsive. As such response leaves the door open as if such couldve taken place instead of provided a response that completely answer interrogatory. such response is in bad Faith and Vague / unresponsive.

20 of 27

Question # 8  How long have worked in a level 5 housing
unit while you worked For the Department of corrections.
Defendants state they will need to supplement this
response at a later date. Defendants had 7 plus
months to respond to this interrogatory. This is a
standard question. After 7 plus months and a order
For the Judge granting motion to compel From plaintiff
and no answer this was done in bad Faith.


Question # 9  on a estimate how many times have you
utilized a double secure wicket while working For
D.O.C. in a level 5 housing unit. (IF you dont know
exactly please estimate ) Defendant state that he
cannot estimate. which is in bad Faith. The
purpose of such estimation was to ensure a
response as a exact number may be difficult
to pinpoint such response is in bad Faith as
to estimate is to attempt to Find a number
to support or respond to interrogatory. Note such claim
is correlated to plaintiffs claim as defendant
is accused oF closing plaintiffs arm/hand in
slot intentionally to cause harm. such response is in
bad Faith.

Exhibit #9 interrogatory (Gill) question #1 Please state the date you began your employment with the Department of corrections and please state all titles while working for Doc including dates Defendant states this information will be supplemented. This interrogatory was sent over 7 months ago. Defendants are abusing civil rules of Procedure. And disregard the Judges order regarding motion to compel which was granted in plantiffs Favor. Response is in bad Faith.

question #6 When a cell is contaminated with o/c spray Please iterate what measures are to be taken to decontaminate such cell/Area. Defendants response is Vague and unresponse by stating "there is a procedure in place once o/c is sprayed" such response does not respond to interrogatory and is unresponsive and vague.

question #8. Have you been demoted. Defendants response stating not to my recollection is vague and unresponsive and is done in bad Faith. Such response is relevant to this complaint as plantiff has stated defendant has acted outside his scope of duties.

Exhibit #10  Interrogatory (Brown) question #1 Please state the date you started your employment at Department of corrections including titles. Defendants state such response will be supplemented to plaintiff although defendants had 7 plus months to answer this interrogatory. Such response not only violate Rules of civil procedure but such response is in bad faith after 4 motions to compel and judge magistrate lanzillo granting plaintiffs motion to compel to respond to plaintiffs motion to compel. Defendants still do not respond in bad faith.

question #3 Have you ever received training regarding Force Feeding? Defendants state "Department of corrections does not force feed inmates, they do court ordered tube feedings." Such response iterate that defendants know exactly what plaintiff is stating when force feedings is mentioned. Beyond that such "Force Feedings" is stated in complaint and is the only claim defendants are complained of in complaint. Such response is in bad faith as "force feedings" is very much "tube feedings." Beyond that it is called Force Feeding in D.O.C.

question #4 Have you ever performed a force feeding before you force fed plaintiff? Defendants appear to Not know what "Force Feedings" are although such is mentioned all throughout complaint when name defendant. Such response is in bad faith.

question # 7 How many Force feedings have you performed?
If exact number is not know please estimate. Defendants
state they cannot estimate in bad Faith. Defendant continue
to disregard magistrate Judges order to compel discovery
after ignoring plaintiffs request for 7 plus months. Defendants
have abused this process due to plaintiff being
Pro se.



Please see Exhibit # 11 #12 #13 Defendants still did not
respond to these interrogatory request even after the
Judges order granting plaintiffs motion to compel. 7 plus
months have passed and defendants clearly in bad
Faith disregard Rules of civil procedure and the Judges
order to compel discovery after 7 months of ignoring
Plaintiff Defendants appear to be above civil Procedure
and have immunity as the disregard For civil procedure and
the Judges orders are very much evident and support
Sanctions Plaintiff request a response to interrogatories
(exhibits # 11 #12 #13) and sanctions against defendants.

EXHIBIT #14 Plantiff request For Production oF Documents electronically Stored, video, Photographs and Audio.

question #2  All video Footage, documents, photographs, incident reports, interviews/investigations on 5-21-19 that is described in complaint or is related to such (cell extraction, sprayed with O.C. E.B.I.D) Defendants respanse is in bad Faith as this incident named on 5-21-19 was investigated by Bureau of investigations and intelligence (B I I) please see exhibt #15 Defendants withold such documents and investigation documents. Beyond that plantiff has not been provided no photographs at all regarding this incident only (2) initial reports. Defendants withold such documents and photographs in bad Faith. which support sanctions due to magistrate Judge ordering defendants to provide plantiff discovery granting plantiffs motion to compel.

question #3  All video Footage, documents, photographs, incident reports, interview/investigation on 6-21-19 that is described in complaint or is related to such (Dry cell abuse) Defendants respanse is in bad Faith. No documents have been provided nor Photographs Please See exhibit #16 Defendants state "medical records and attached Photos." None was supplied in bad Faith. exhibit #16 States this incident was reviwed by the Bureau of investigations and intelligence (B.I.I.) Defendants provide no documents in bad Faith, and No video in bad Faith.

question #10 All emails defendants Hille Klem./Shaffer correspondence with each other regarding plantiff and his Jewish Faith and diet. defendants state "see Plantiffs religious file produced in response to request 5" No file was produced in response 5 such response is in bad Faith, unresponsive and disregard judges order granting plantiffs motion to compel after defendants ignored plantiffs discovery request for 7 plus months

question #18 Please name the restraint chair provider that was used on plantiff that is described in complaint. Defendants state they cannot exactly be certain what chair was used. False. All Use of Force items are logged and named. Such response is in bad Faith. And with proper investigation this could've easily been found out. Defendants continue to be unresponsive and respond in bad Faith.

question #19 copy of level 5 housing unit handbook at S.C.I. Forest when plantiff was housed there in incidents described in complaint. Defendants state handbook attached. False nothing has been provided. Defendants aim to mislead and falsify documents. Such response is in bad Faith. Plantiff never recieved this handbook. This supports sanctions.

question #20 #21, #22, #23, #24 and #25 Plantiff requested
the following policies (810 Food services) (001 inmate abuse)
(201 use of force) (13.02.01 access to Healthcare) (13.01.01 management
and administration of Healthcare) (15.01.01 (safety)

Defendants state plantiff is to go to
www.cor.pa.gov. Plantiff does not have access to
such. Plantiff has wrote law library to no avail.
Such policies are relivant to complaint and plantiffs
claims and such response is "business as usual" defendants
response is in bad Faith.


Plantiff request this motion granted in
its entirety.


Warren Easley KA1544
Box - A
1 Rockview Place
Bellefonte PA 16823

6-13-23

27 of 27